UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20160-CR-BECERRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANIEL HALLORAN,

    Defendant.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

THIS CAUSE is before the Court upon Daniel Halloran's Unopposed Motion to Modify Conditions of Release, [DE 28]. The Court has considered the motion and is fully advised in the premises. It is

ORDERED AND ADJUDGED that the motion is GRANTED:

- Subject to the approval of his supervising pretrial officer in the Eastern District of New York, Mr. Halloran may travel to his girlfriend's residence and his storage unit to organize and prepare the locations to store his office equipment, which includes scuba gear, scuba tanks, and scuba-diving books and manuals.

- Mr. Halloran must provide the exact addresses, his itinerary, verification, and any information requested to his supervising pretrial officer in the Eastern District of New York.

- All other conditions of pretrial release shall remain in full force and effect.

DONE AND ORDERED in Miami, Florida, this 22nd day of July, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE