AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
|  | ) Case No. 25-20160-CR-BECERRA |
| Daniel James Halloran | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of Court

| Place: **James Lawrence King Building** | Courtroom No.: **10-5** |
| 99 NE 4th Street | Date and Time: **9/23/2025 at 1:30 PM** |
| Miami, FL 33132 | |

This offense is briefly described as follows:

1. On July 30th, July 31st, August 24, August 25, and August 26, 2025, the defendant failed to comply with not establishing or maintaining a social media account; to wit- Facebook.

Date: September 9, 2025

*Issuing officer's signature*

Jacqueline Becerra/United States District Judge

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons  ☐ Returned this summons unexecuted

Date: 9/19/25

*Server's signature*

Amanda Sanchez, Pretrial Services Officer
*Printed name and title*

X