**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 25-CR-20160-ARTAU**

**UNITED STATES OF AMERICA**

**vs.**

**DANIEL JAMES HALLORAN,**

Defendant.

_____/

## NOTICE OF APPEARANCE

The undersigned Assistant United States Attorney, Katie Wilson, hereby appears as counsel for the United States of America in this cause.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   *s/ Katie Wilson*_____
KATIE WILSON
Assistant United States Attorney
Florida Bar No. 1026417
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 209-1043
Fax: (561) 805-9846
Katie.Wilson2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2026, the undersigned electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.


By:     *s/ Katie Wilson*
KATIE WILSON
Assistant United States Attorney