**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20160-ARTAU**

UNITED STATES OF AMERICA

vs.

DANIEL JAMES HALLORAN,

     Defendant,

_____/

**UNOPPOSED MOTION TO CONTINUE**
**DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS**

The United States, through the undersigned Assistant United States Attorney, hereby files this Unopposed Motion to Continue Deadline to Respond to Defendant's Motion to Suppress currently due May 6, 2026, for nine days, that is, until May 15, 2026, and states the following in support thereof:

**BACKGROUND**

1.     The defendant is charged by indictment with transportation and possession of visual depictions involving the sexual exploitation of minors (DE 13). Trial is currently set to begin July 27, 2026, and Calendar Call is set for July 21, 2026. DE 61.

2.     On April 22, 2026, Defendant filed a Motion to Suppress. DE 63.

3.     This case was recently re-assigned to undersigned counsel, who was in a jury trial shortly after the motion was filed.

**REQUEST**

4.     The United States seeks a continuance of the response deadline to Defendant's

1

Motion to Suppress, currently set for May 6, 2026, for nine days, that is, until May 15, 2026.  The undersigned Assistant United States Attorney was recently assigned this case and was in trial preparations, and then trial, shortly after the Motion was filed. Given undersigned counsel's trial during the response period, and the fact that Trial in this case is set for the end of July, the United States respectfully requests a nine day continuance of the response deadline.

5.      The United States has conferred with Counsel for Mr. Halloran, Assistant Federal Public Defender Ashley Kay, who does not oppose the government's request.

**WHEREFORE**, the United States respectfully requests that the Court continue the response deadline to Defendant's Motion to Suppress by nine days, until May 15, 2026.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:     */s/ Katie Wilson*

KATIE WILSON
Assistant United States Attorney
Florida Bar No. 1026417
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 209-1043
Fax: (561) 805-9846
Katie.Wilson2@usdoj.gov

2

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on May 4, 2026, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF.


/s/ *Katie Wilson*
KATIE WILSON
Assistant United States Attorney