UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20160-EA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

Daniel James Halloran,

      Defendant.

_____/

## **NOTICE OF APPEARANCE**

      The Federal Public Defender for the Southern District of Florida gives notice

that undersigned counsel will be appearing as co-counsel for the defendant in the

above referenced case.

                 Respectfully submitted,

                 HECTOR A. DOPICO
                 FEDERAL PUBLIC DEFENDER

By:   */s/Leticia M. Olivera*
       Leticia M. Olivera
       Assistant Federal Public Defender
       Special A. No.: A5503215
       150 W. Flagler Street, Suite 1700
       Miami, Florida  33130
       Tel:  305-530-7000
       E-Mail Address: Leticia_olivera@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **June 9, 2026**, undersigned counsel electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

*s/Leticia M. Olivera*
Leticia M. Olivera