✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

DANIEL JAMES HALLORAN

**EXHIBIT AND WITNESS LIST**

Case Number:  25-CR-20160-EA

| PRESIDING JUDGE LISETTE M. REID | PLAINTIFF'S ATTORNEY JUAN ALBINO | DEFENDANT'S ATTORNEY ASHLEY KAY |
|---|---|---|
| TRIAL DATE (S) 6/15/2026 | COURT REPORTER Quanicia Hill | COURTROOM DEPUTY RHIANNON CHAVEZ |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/15/2026 | | 1 | Border Search of Electronic Devices tear sheet |
| 2 | | 6/15/2026 | | 2 | Statement of Rights Form |
| 3 | | 6/15/2026 | | 3 | Audio recording of the Defendant from March 29, 2025 |
| | | | | | CBP Officer Alexis J. Reyes-Osorio |
| | | | | | CBP Officer Jose R. Burgos Rodriguez |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages