(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **25 - cr - 20160 - EA**

**USA**

_____

Plaintiff(s)

v.

**Daniel James Halloran**

_____

Defendant(s)

FILED BY _____ D.C.

JUN 15 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## Notice of Conventional filing
*(TITLE OF DOCUMENT)*

I, **AUSA Juan Albino** plaintiff or defendant, in the above styled cause, a suppression hearing was held on June 15, 2026 before Magistrate Judge Lisette M. Reid. The United States submitted the attached exhibits as evidence which were admitted into evidence by the court:

Exhibit 1 — Border Search of Electronic Device tear sheet

Exhibit 2 — Statement of Rights Form

Exhibit 3 — Audio recording of March 29, 2025.

(Rev. 10/2002) General Document

**Certificate of Service**

I __Juan Albino__ , certify that on this date __June 15, 2026__ a true copy

of the foregoing document was ~~mailed to:~~ __Filed with the Court Clerk's__

name(s) and address(es)

__Office which will file using the CM/ECF filing__

__system and notify defendant's attorny eletronically.__

By: __Juan Albino__ ___[signature]___

Printed or typed name of Filer          Signature of Filer

__A5503412__                             __juan.albino@usdoj.gov__

Florida Bar Number                       E-mail address

__(561) 209-1009__

Phone Number                             Facsimile Number

__500 South Australian Ave. Suite 400__

Street Address

__West Palm Beach, FL 33401__

City, State, Zip Code

**U.S. Customs and
Border Protection**

## Border Search of Electronic Devices

**All persons, baggage, and merchandise arriving in, or departing from, the United States are subject to inspection by U.S. Customs and Border Protection (CBP). This search authority includes all electronic devices crossing our nation's borders.**

### What to Expect

You are receiving this document because CBP intends to conduct a border search of your electronic device(s). This may include copying and retaining data contained in the device(s). The CBP officer conducting the examination will speak with you and explain the process.

Travelers are obligated to present electronic devices and the information resident on the device in a condition that allows for the examination of the device and its contents. Failure to assist CBP in accessing the electronic device and its contents for examination may result in the detention of the device in order to complete the inspection.

Throughout CBP's inspection, you should expect to be treated in a courteous, dignified, and professional manner. As border searches are a law enforcement activity, CBP officers may not be able to answer all of your questions about an examination that is underway. If you have concerns, you can always ask to speak with a CBP supervisor.

CBP will return your electronic device(s) prior to your departure from the port of entry unless CBP identifies a need to temporarily detain the device(s) to complete the search or the device is subject to seizure. If CBP detains or seizes your device(s), you will receive a completed written custody receipt detailing the item(s) being detained or seized, who at CBP will be your point of contact, and how to contact them. To facilitate the return of your property, CBP will request contact information.

Should you have additional questions or concerns, please contact the telephone number provided on the written custody receipt.

### Return or Seizure of Detained Electronic Device(s)

If your device or devices are temporarily detained, CBP will contact you when the examination of your electronic device(s) is complete to notify you that you may pick up the item(s) from the location where the item or items were detained. If it is impractical for you to pick up your device, CBP can make arrangements to return your device to you.

If CBP determines that the detained device(s) is subject to seizure under law – for example, if the device or devices are subject to forfeiture or contain evidence of a crime, contraband, or other prohibited or restricted items or information – then you will be notified of the seizure as well as your options to contest the seizure through the local CBP Fines, Penalties, and Forfeitures Office.

### Data Use

CBP may retain a copy of the information from a border search of an electronic device in the following circumstances:

1) when CBP determines there is probable cause to believe that the contents of the electronic device contains evidence of a violation of law that CBP is authorized to enforce or administer; or

2) the information relates to immigration, customs, and other enforcement matters.

Any retention is consistent with applicable system of records notices, as well as CBP privacy and data protection standards.

The information obtained during the course of this search may be made available to other agencies if CBP determines there is a need for further investigation, to obtain assistance such as subject matter expertise, translation assistance, decryption, or other technical assistance; or the disclosure is consistent with the Privacy Act and CBP privacy and data protection standards. As a federal law enforcement agency, CBP may share lawfully seized and/or retained

Continued ➡

**Please visit the U.S. Customs and Border Protection
Web site at *www.cbp.gov***



AO386-C
**GOVERNMENT
EXHIBIT**

CASE
NO. 25 - 20160(EA)

EXHIBIT
NO. 1

**U.S. Customs and Border Protection**

information with other federal, state, local, and foreign law enforcement agencies responsible for analyzing threat information and in furtherance of law enforcement investigations, counterterrorism, and prosecutions (consistent with the routine uses contained in the applicable system of records notices).

More information is available at **www.dhs.gov/privacy-impact-assessments.** Click on "CBP" at the left and then "DHS/CBP-PIA-008 Border Searches of Electronic Devices."

## Authority to Search and Purpose of Search

Border searches are conducted in furtherance of CBP's statutory responsibilities and to ensure compliance with federal laws that CBP enforces or administers at the border and in support of its immigration, customs, agriculture, and counterterrorism missions. Among other things, CBP officers may conduct border searches to determine the identity and citizenship of all persons seeking entry into the United States, determine the admissibility of foreign nationals, and deter and prevent the entry of possible terrorists, terrorist weapons, controlled substances, and a wide variety of other prohibited and restricted items. Border searches are authorized by the following legal authority: 6 U.S.C. §§ 202, 211; 8 U.S.C. §§ 1225, 1357; 19 U.S.C. §§ 482, 507, 1461, 1496, 1581, 1582, 1589a, 1595a(d); 31 U.S.C. § 5317; 22 U.S.C. § 401; and other pertinent laws and regulations relating to immigration, customs, monetary instruments, and exports.

A copy of CBP's policy on the border search of information, can be found at: **https://www.cbp.gov/travel/cbp-search-authority.**

## Privacy and Civil Liberties Protection

In conducting border searches, CBP officers strictly adhere to all constitutional and statutory requirements, including those that are applicable to privileged, personal, or business confidential information. CBP has strict oversight policies and procedures that implement these constitutional and statutory safeguards. Further information on U.S. Department of Homeland Security (DHS) and CBP privacy policy can be found at **www.dhs.gov/privacy.**

The DHS Office for Civil Rights and Civil Liberties investigates complaints alleging a violation by DHS employees of an individual's civil rights or civil liberties. Additional information about the Office is available at **https://www. dhs.gov/topics/civil-rights-and-civil-liberties.**

### DHS Travel Redress Inquiry Program (DHS TRIP)

DHS TRIP provides a single portal for travelers who have inquiries or seek resolution regarding difficulties they experienced during travel screening or while crossing U.S. borders. To initiate an inquiry, please log onto DHS TRIP's website at: **www.dhs.gov/trip.** There you will be prompted to describe your particular concern and experience, provide contact information to which a response will be directed, and be assigned a case number to help monitor progress of your inquiry. In addition, depending on your inquiry, documentation may be required.

### CBP Information Center

This office responds to general or specific questions or concerns about CBP processing. You may contact this CBP office in any one of three ways:

**Telephone** — During the hours of 8:30 a.m. to 5:00 p.m. Eastern time:
**(202) 325-8000** (international callers)
**(877) 227-5511** (toll-free call for U.S. callers)
**(866) 880-6582** (TDD)

**Online through the CBP Information Center Website at:**
https://help.cbp.gov

**Mail address format:**
U.S. Customs and Border Protection
IPL/CBP INFO Center
1300 Pennsylvania Avenue N.W., MS 1345
Washington, D.C. 20229

CBP Publication No. 3160-0423
Revised April 2023



**U.S. Immigration
and Customs
Enforcement**

## STATEMENT OF RIGHTS

Before we ask you any questions, it is my duty to advise you of your rights.

You have the right to remain silent.

Anything you say can be used against you in court, or other proceedings.

You have the right to consult an attorney before making any statement or answering any questions.

You have the right to have an attorney present with you during questioning.

If you cannot afford an attorney, one will be appointed for you before any questioning, if you wish.

If you decide to answer questions now, you still have the right to stop the questioning at any time, or to stop the questioning for the purpose of consulting an attorney.

---

## WAIVER

I have had the above statement of my rights read and explained to me and I fully understand these rights. I waive them freely and voluntarily, without threat or intimidation and without any promise of reward or immunity. I was taken into custody at __1630__ (time), on __03/29/25__ (date), and have signed this document at __205__ (time), on __03/29/25__ (date).

_Dan Halloran_

Print Name                                     Signature

WITNESS: _____ K. Silva _____          DATE: _03/29/25_

WITNESS: _____ A. Reyes _____          DATE: _03/29/25_

AO386-C
**GOVERNMENT
EXHIBIT**

CASE NO. 25-20160 CEA

EXHIBIT NO. 2



United States District Court
Southern District of Florida

Case Number: 25 CR 20160

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must **not** be placed in the "temp chron file".

---

Documents/Exhibits Retained in Supplemental Files  **(Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

✓ • Bound extradition papers

---

Documents/Exhibits Retained in Supplemental Files  **(Not Scanned)**

✗ • CD, DVD, USB drive. (i.e. Audio/Visual) _____

---

\*\* All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 6-15-2026