UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20160-CR-ARTAU

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

DANIEL HALLORAN,

     Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE REPORT & RECOMMENDATION OBJECTIONS DEADLINE

Daniel Halloran, through undersigned counsel, files this unopposed motion to continue the Report and Recommendation (R&R) objections deadline and respectfully requests this Court enter an Order setting the deadline for Monday, August 3, 2026. In support, counsel states the following:

1. On June 15, 2026, Mr. Halloran had an evidentiary hearing on his motion to suppress before Magistrate Judge Lisette Reid. (DE 76).

2. That same day, June 15, 2026, Mr. Halloran requested the transcript of the hearing with a seven-day turnaround. On June 18, 2026, the court reporter advised she could not complete the transcript in seven days and instead would provide the transcript in 30 days.

3. On July 2, 2026, Judge Reid issued a Report and Recommendation (R&R) and set the objections deadline for July 13, 2026. (DE 81).

4. Mr. Halloran needs the transcript of the evidentiary hearing to

effectively prepare R&R objections. According to the court reporter, the transcript should be completed July 16, 2026. Counsel will be out of the district for a death penalty training from Wednesday, July 15, 2026 through Friday, July 17, 2026. Additionally, counsel expects to be in trial the week of Monday, July 20, 2026.

5. To allow time to receive and review the transcript—which will hopefully be received on July 16—and to account for counsel's out of district training and trial schedule, counsel requests the objection deadline be set for Monday, August 3, 2026.

6. Counsel conferred with Assistant United States Attorney Katie Wilson, who does not oppose this motion.

WHEREFORE, Daniel Halloran respectfully requests this Court grant the joint motion and enter an Order continuing Mr. Halloran's trial and accompanying pretrial deadlines for 45 days.

> Respectfully submitted,
> HECTOR DOPICO
> FEDERAL PUBLIC DEFENDER
> By: */s/ Ashley Kay*
> Florida Bar No. 78991
> Assistant Federal Public Defender
> 150 West Flagler Street, Suite 1700
> Miami, Florida 33130-1556
> (305) 530-7000
> ashley_kay@fd.org

### CERTIFICATE OF SERVICE

I HEREBY certify that on July 8, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.   */s/ Ashley Kay*