UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20160-CR-ARTAU

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

DANIEL HALLORAN,

      Defendant.

_____/

## JOINT MOTION TO CONTINUE TRIAL

Daniel Halloran, through undersigned counsel, files this joint motion to continue trial and respectfully requests this Court enter an Order continuing the trial and accompanying pretrial deadlines for 45 days. In support, counsel states the following:

1. Mr. Halloran is charged—via Indictment—with transportation of visual depictions involving the sexual exploitation of minors in violation of 18 U.S.C § 2252(a)(1)&(b)(1) and possession of visual depictions involving the sexual exploitation of minors in violation of 18 U.S.C § 2252(a)(5)(B)&(b)(2). (DE 13). Per the bond conditions, Mr. Halloran resides in New York with special conditions including Adam Walsh conditions, electronic monitoring, and a curfew. (DE 10, 56).

2. Calendar call is July 21, 2026, and the two-week trial period begins July 27, 2026. (DE 61).

3. On June 15, 2026, Mr. Halloran had an evidentiary hearing on his

motion to suppress before Magistrate Judge Lisette Reid. (DE 76).

4.     That same day, June 15, 2026, Mr. Halloran requested the transcript of the hearing with a seven-day turnaround. On June 18, 2026, the court reporter advised she could not complete the transcript in seven days and instead would provide the transcript in 30 days.

5.     On July 2, 2026, Judge Reid issued a Report and Recommendation (R&R) and set the objections deadline for July 13, 2026. (DE 81).

6.     Mr. Halloran filed an unopposed motion to continue the objections deadline, so that he can prepare objections with the benefit of the transcript. (DE 82)

7.     To allow time for Mr. Halloran to receive the transcript and submit objections, the government to respond to the objections if it chooses, Mr. Halloran to file a reply to the government's response, and the Court to rule on the objections and issue an Order on the motion, the parties request a 45-day continuance.

8.      Counsel conferred with Assistant United States Attorney Katie Wilson, who joins this motion.

9.     Pursuant to 18 U.S.C. § 3161(h)(1)(d), delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion is excluded from the speedy trial calculation. To the extent that this continuance results in a court date after the disposition of the motion, Mr. Halloran waives his right to speedy trial from the date of the disposition of the motion through the date this Court sets his case for trial pursuant to § 18 U.S.C. 3161(c)(2).

WHEREFORE, Daniel Halloran respectfully requests this Court grant the joint motion and enter an Order continuing Mr. Halloran's trial and accompanying pretrial deadlines for 45 days.

Respectfully submitted,
HECTOR DOPICO
FEDERAL PUBLIC DEFENDER
By: */s/ Ashley Kay*
Florida Bar No. 78991
Assistant Federal Public Defender
150 West Flagler Street, Suite 1700
Miami, Florida 33130-1556
(305) 530-7000
ashley_kay@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on July 8, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.   */s/ Ashley Kay*