UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20160-CR-ARTAU

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

DANIEL HALLORAN,

      Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE REPORT & RECOMMENDATION OBJECTIONS DEADLINE AND CONTINUE TRIAL

Daniel Halloran, through undersigned counsel, files this unopposed motion to continue the Report and Recommendation (R&R) objections deadline *and* to continue the trial and respectfully requests this Court enter an Order setting the R&R objections deadline for Monday, September 28, 2026, and continuing the trial for 45 days. In support, counsel states the following:

Report and Recommendations Objections Deadline

1.     On June 15, 2026, Mr. Halloran had an evidentiary hearing on his motion to suppress before Magistrate Judge Lisette Reid. (DE 76).

2.     That same day, June 15, 2026, Mr. Halloran requested the transcript of the hearing with a seven-day turnaround.

3.     On July 2, 2026, Judge Reid issued an R&R. (DE 81). Objections are due on August 3, 2026. (DE 84).

4.     Counsel needs the transcript of the evidentiary hearing to effectively

prepare R&R objections.

5.      According to the court reporter, the transcript should be completed on or about August 17, 2026. Counsel is in trial the week of August 24, 2026, and will be preparing for that trial the week of August 17th (the week before the trial). Counsel will be out of the country for pre-planned travel from September 2, 2026, through September 12, 2026.

6.      To allow time to receive and review the transcript, and to account for counsel's trial schedule and preplanned travel out of the country, counsel requests the objection deadline be set for Monday, September 28, 2026.

7.      Counsel conferred with Assistant United States Attorney Katie Wilson, who does not oppose this request.

<u>Trial</u>

8.      Calendar call is set for September 15, 2026, and two-week trial period begins September 21, 2026. (DE 85).

9.      To allow time for (1) counsel to receive the transcript and submit objections on September 28, 2026, (2) the government to respond to the objections, (3) counsel to reply to the government's response, and (4) this court to issue an Order, counsel requests a continuance of the trial and pre-trial deadlines of 45 days.

10.      Counsel conferred with Assistant United States Attorney Katie Wilson, who does not oppose this request.

11.      Pursuant to 18 U.S.C. § 3161(h)(1)(d), delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or

other prompt disposition of, such motion is excluded from the speedy trial calculation. To the extent that this continuance results in a court date after the disposition of the motion, Mr. Halloran waives his right to speedy trial from the date of the disposition of the motion through the date this Court sets his case for trial pursuant to § 18 U.S.C. 3161(c)(2).

WHEREFORE, Daniel Halloran respectfully requests this Court grant the unopposed motion and enter an Order setting the deadline for R&R objections for September 28, 2026, *and* continuing the trial for 45 days.

Respectfully submitted,
HECTOR DOPICO
FEDERAL PUBLIC DEFENDER
By: */s/ Ashley Kay*
Florida Bar No. 78991
Assistant Federal Public Defender
150 West Flagler Street, Suite 1700
Miami, Florida 33130-1556
(305) 530-7000
ashley_kay@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on August 3, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing. */s/ Ashley Kay*

3