**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-CR-20160-ARTAU**

**UNITED STATES OF AMERICA**

**vs.**

**DANIEL JAMES HALLORAN,**

**Defendant.**
_______________________________________/

**UNITED STATES' UNOPPOSED MOTION TO CONTINUE RESPONSE DEADLINE**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this motion to continue the deadline for the United States' response to Defendant Daniel James Halloran's (Defendant) Objections to Report and Recommendation (DE 89) by one week, until October 27, 2026, and sets forth as follows:

1. On April 22, 2026, Defendant's Motion to Suppress was filed. DE 63. An evidentiary hearing on the motion was held by the Honorable Magistrate Judge Reid on June 15, 2026. DE 76. On July 2, 2026, the Report and Recommendation (R&R) on Defendant's Motion to Suppress was released, recommending the motion be denied. DE 81.

2. After receiving uncontested extensions of time to file objections to the R&R, Defendant filed objections on October 6, 2026. DE 89. Pursuant to Local Rule 4(b), the government's response to the objections is due by October 20, 2026.

3. Defendant's objections span 25 pages and cite multiple new cases not previously raised in the motion or reply. In addition, the transcript of the evidentiary hearing is voluminous, totaling approximately 143 pages. DE 87. Accordingly, the undersigned respectfully requests a one-week extension of time to respond to Defendant's objections to the R&R, until October 27, 2026.

4. The government has conferred with counsel for Defendant, who does not object to this request. Notably, the trial in this matter is currently set for the two-week period beginning January 11, 2026. DE 88. Thus, the requested one-week extension will not delay trial.

WHEREFORE, the United States respectfully requests the Court continue the deadline for its response to Defendant's objections to the R&R until October 27, 2026.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: *s/ Katie Wilson*
KATIE WILSON
Assistant United States Attorney
Florida Bar No. 1026417
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 209-1043
Fax: (561) 805-9846
Katie.Wilson2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: *s/ Katie Wilson*
KATIE WILSON
Assistant United States Attorney